## BAREFIELD v. ALLEN et al. (No. 1170.)

(Court of Civil Appeals of Texas. El Paso. May 5, 1921.)

Appeal and error ☞773(4)—Case not briefed affirmed in absence of fundamental error.

Where a case has not been briefed, and an examination of the record fails to disclose any error fundamental in its nature, the judgment of the court below will be affirmed.

Appeal from District Court, Eastland County; E. A. Hill, Judge.

Action between T. E. Barefield and W. J. Allen and others. From an adverse judgment, the former appeals. Affirmed.

Slay, Simon & Smith, of Fort Worth, for appellant.

Carrigan, Montgomery, Britain & Morgan, of Wichita Falls, Scott, Brelsford & Smith, of Eastland, and Lee, Lomax & Smith, of Fort Worth, for appellees.

PER CURIAM. This case has not been briefed. An examination of the record fails to disclose any error fundamental in its nature. The judgment is therefore affirmed.